ACCEPTED
01-15-00596-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 11:38:40 AM
CHRISTOPHER PRINE
CLERK

# MILLS SHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/14/2015 11:38:40 AM

CHRISTOPHER A. PRINE
Clerk

July 14, 2015

Re:     Case No. 01-15-00596-CV; *Joseph Elmer Baca v. Pedro Sanchez Jr.
         Individually and d/b/a Point 2 Point Towing*– In the First Court of Appeals,
         Houston, Texas;
         Trial Court Case No. 2014-48289

Christopher A. Prine
Clerk, First Court of Appeals
Harris County 1910 Courthouse
301 Fannin, Suite 208
Houston, TX 77002-2066

Dear Mr. Prine:

        Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, this letter
is notice of my appearance as lead counsel representing Appellee Pedro Sanchez Jr.
Individually and d/b/a Point 2 Point Towing.  Please note my representation as
lead attorney on the Court's docket.

        By copy of this letter, Appellant's counsel is notified of my appearance.

MILLS SHIRLEY L.L.P.

By: */s/ George W. Vie III*

State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
Tel: 713.571.4232
Fax: 713.893.6095
*gvie@millsshirley.com*

cc:

**Via e-service**:

Jack Todd Ivey
IVEY LAW FIRM, P.C.
11111 Katy Freeway, Suite 580
Houston, Texas 77079
*jti@iveylawfirm.com*

Wade Williams
LEWIS & WILLIAMS, L.L.P.
1014 Hercules Avenue
Houston, Texas 77058
*wwilliams@lewisandwilliams.com*

4815-8001-8725, v. 1